## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-2729 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| WAIL TALAB SALEM | ) | |
| a/k/a WAEL TALAH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JUDGMENT OF NATURALIZATION

Plaintiff the United States of America filed a Complaint to Revoke Naturalization against Defendant Wail Talab Salem, a/k/a Wael Talah ("Defendant"). The Court has jurisdiction over this matter. *See* 28 U.S.C. §§ 1331, 1345, 1451. Defendant was served with process, retained counsel, and answered the complaint. This Court later granted the motion for summary judgment filed by the United States on Counts I, II, III, and IV. *See* 10/26/20 Order (Dckt. No. 78). It is hereby ORDERED, ADJUDGED, AND DECREED as follows:

(1) Judgment is entered in favor of the Plaintiff, the United States of America, and against Defendant Wail Talab Salem, a/k/a Wael Talah;

(2) The Court finds and declares that Defendant Wail Talab Salem, a/k/a Wael Talah, illegally procured his United States citizenship;

(3) The Court finds and declares that Defendant Wail Talab Salem, a/k/a Wael Talah, procured his U.S. citizenship by concealment of a material fact and by willful misrepresentation;

1

(4) The order admitting Defendant Wail Talab Salem, a/k/a Wael Talah, to United States citizenship is revoked and set aside, effective as of the original date of the order, December 6, 1994;

(5) Certificate of Naturalization No. 21286209 is cancelled, effective as of the original date of the certificate, December 6, 1994;

(6) Defendant Wail Talab Salem, a/k/a Wael Talah, is forever restrained and enjoined from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his December 6, 1994 naturalization;

(7) Defendant Wail Talab Salem, a/k/a Wael Talah, shall within ten days of the effective date of this judgment surrender and deliver his Certificate of Naturalization No. 21286209 (including the newly requested naturalization certificate issued on or about January 27, 2020), any and all United States passports and passport cards, and any other indicia of United States citizenship (including, but not limited to: voter registration cards and other relevant documents, whether current or expired), as well as any copies thereof in his possession and control – and to make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others – to counsel for the United States of America, Nicole P. Grant, at the following address: Department of Justice – Office of Immigration Litigation, 450 5th St. NW, Room 5419, Washington, DC 20001;

(8) The Parties shall appear for a hearing on November 13, 2020 at 9:00 a.m., at which Defendant Wail Talab Salem, a/k/a Wael Talah, must demonstrate that he

2

has complied with this Judgment, unless Plaintiff provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be cancelled.

IT IS SO ORDERED.

Date:  October 30, 2020

Steven C. Seeger
United States District Judge